IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

CHERYL ANN JORDAN  :  CASE NO. 17-18499 (REF)
   :
      Debtor  :  CHAPTER 7

## CERTIFICATION OF NO RESPONSE

I, Stephen J. Palopoli III, Esquire, Attorney for Debtor, Cheryl Ann Jordan, hereby certify that no answer, objection or other responsive pleading has been served upon me nor filed with the Clerk of the Bankruptcy Court with respect to the Debtor's Motion To Avoid Lien with Discover Bank pursuant to Section 522(f) and the Notice of Motion, which were served as set forth in the Certification of Service filed in this matter on April 17, 2018 and I further certify that the motion is uncontested.

Dated: May 10, 2018                By __/s/ Stephen J. Palopoli III, Esq._____
                                                            Stephen J. Palopoli, III, Esquire
                                                            Attorney for Debtor
                                                           1125 S. Cedar Crest Blvd., Suite 205
                                                           Allentown, PA 18103
                                                           Attorney ID 53647