IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

CHERYL ANN JORDAN                :    CASE NO. 17-18499 (REF)

                                   :

           Debtor          :    CHAPTER 7

## O R D E R

Upon Debtor's Motion to Avoid Judicial Lien (the "Motion") entered in the case of

Cavalry SPV I, LLC, as Assignee of Citibank, N.A. vs. Cheryl Ann Jordan in the Court of

Common Pleas of Northampton County, Pennsylvania, docket no. CV-2017-05400 on August

21, 2017 in the sum of $14,237.20 (the "Judicial Lien") upon Debtor's exempt real property

located at 417 Vine Street, Bethlehem, PA 18015 bearing PIN No. P6SE1A 25 10  (the "Real

Property"), and upon Debtor having asserted that the alleged lien is subject to avoidance

pursuant to 11 U.S.C. §522(f)(1), and upon debtor having certified that adequate notice of the

Motion was sent to the lienholder and that no answer or other response to the Motion was sent to

the lienholder and that an answer or other response to the Motion has not been filed.

It is ORDERED that the Motion is granted by default and the above Judicial Lien of

Cavalry SPV I, LLC, as Assignee of Citibank, N.A., if any, upon Debtor's Real Property is

avoided, cancelled and of no further effect.

IT IS FURTHER ORDERED, pursuant to section 349(b)(1)(B), 11 U.S.C. §349(b)(1)(B)

that dismissal of this case, prior to the entry of a discharge order, reinstates any lien voided under

Section 522.

BY THE COURT:

**Date: May 14, 2018**

Richard E. Fehling,
United States Bankruptcy Judge