IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| CHERYL ANN JORDAN | : | CASE NO. 17-18499 (REF) |
| | : | |
| Debtor | : | CHAPTER 7 |

**O R D E R**

Upon Debtor's Motion to Avoid Judicial Lien (the "Motion") entered in the case of Discover Bank vs. Cheryl Ann Jordan in the Court of Common Pleas of Northampton County, Pennsylvania, docket no. C 48 CV-2015-2845 on June 15, 2015 in the sum of $14,000.29 (the "Judicial Lien") upon Debtor's exempt real property located at 417 Vine Street, Bethlehem, PA 18015 bearing PIN No. P6SE1A 25 10 (the "Real Property"), and upon Debtor having asserted that the alleged lien is subject to avoidance pursuant to 11 U.S.C. §522(f)(1), and upon debtor having certified that adequate notice of the Motion was sent to the lienholder and that no answer or other response to the Motion was sent to the lienholder and that an answer or other response to the Motion has not been filed.

It is ORDERED that the Motion is granted by default and the above Judicial Lien of Discover Bank, if any, upon Debtor's Real Property is avoided, cancelled and of no further effect.

IT IS FURTHER ORDERED, pursuant to section 349(b)(1)(B), 11 U.S.C. §349(b)(1)(B) that dismissal of this case, prior to the entry of a discharge order, reinstates any lien voided under Section 522.

BY THE COURT:

**Date: May 14, 2018**

_____
Richard E. Fehling,
United States Bankruptcy Judge