United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-18499-ref
Cheryl Ann Jordan                                                         Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: SaraR              Page 1 of 1              Date Rcvd: May 14, 2018
                             Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2018.
db            +Cheryl Ann Jordan,    417 Vine Street,    Bethlehem, PA 18015-1639
14106690      +Citibank, N.A.,    Blatt, Hasenmiller, Leibsker & Moore,LLC,    1835 Market St., Suite 501,
               Philadelphia, PA 19103-2933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2018 at the address(es) listed below:
      KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
      MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
      MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
      STEPHEN J. PALOPOLI, III    on behalf of Debtor Cheryl Ann Jordan s.palopoli@verizon.net, betsylavelle@yahoo.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                      TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

CHERYL ANN JORDAN         :   CASE NO. 17-18499 (REF)
                          :
            Debtor        :   CHAPTER 7

## O R D E R

Upon Debtor's Motion to Avoid Judicial Lien (the "Motion") entered in the case of Citibank, N.A., vs. Cheryl Ann Jordan in the Court of Common Pleas of Northampton County, Pennsylvania, docket no. CV-2014-11635 on December 5, 2014 in the sum of $11,796.33 (the "Judicial Lien") upon Debtor's exempt real property located at 417 Vine Street, Bethlehem, PA 18015 bearing PIN No. P6SE1A 25 10 (the "Real Property"), and upon Debtor having asserted that the alleged lien is subject to avoidance pursuant to 11 U.S.C. §522(f)(1), and upon debtor having certified that adequate notice of the Motion was sent to the lienholder and that no answer or other response to the Motion was sent to the lienholder and that an answer or other response to the Motion has not been filed.

It is ORDERED that the Motion is granted by default and the above Judicial Lien of Citibank, N.A., if any, upon Debtor's Real Property is avoided, cancelled and of no further effect.

IT IS FURTHER ORDERED, pursuant to section 349(b)(1)(B), 11 U.S.C. §349(b)(1)(B) that dismissal of this case, prior to the entry of a discharge order, reinstates any lien voided under Section 522.

**Date: May 14, 2018**

BY THE COURT:

_____
Richard E. Fehling,
United States Bankruptcy Judge